1  BILAL A. ESSAYLI
   United States Attorney
2  CHRISTINA T. SHAY
   Assistant United States Attorney
3  Chief, Criminal Division
   KEVIN J. BUTLER (Cal. Bar No. 329129)
4  JENA A. MACCABE (Cal. Bar No. 316637)
   Assistant United States Attorneys
5  Violent and Organized Crime Section
        1300 United States Courthouse
6       312 North Spring Street
        Los Angeles, California 90012
7       Telephone: (213) 894-6495/5046
        Facsimile: (213) 894-0141
8       E-mail:    kevin.butler2@usdoj.gov
                   jena.maccabe@usdoj.gov

9

10 Attorneys for Plaintiff
   UNITED STATES OF AMERICA

11              UNITED STATES DISTRICT COURT

12          FOR THE CENTRAL DISTRICT OF CALIFORNIA

13 UNITED STATES OF AMERICA,        CR 5:25-CR-00198-KK

14         Plaintiff,               GOVERNMENT'S *EX PARTE* APPLICATION
                                    FOR ORDER SEALING INDICTMENT AND
15              v.                  RELATED DOCUMENTS; DECLARATION OF
                                    JENA A. MACCABE
16 CARLOS VICTOR MESTANZA CERCADO,
     et al.,                        **(UNDER SEAL)**

17         Defendants.

18

19        The government hereby applies <u>ex parte</u> for an order that the

20 indictment and any related documents in the above-titled case (except

21 the arrest warrants for the charged defendants) be kept under seal

22 until the government files a "Report Commencing Criminal Action" in

23 this matter.

24 //

25 //

26 //

27 //

28 //

---

**FILED**
CLERK, U.S. DISTRICT COURT

06/11/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ JD _____ DEPUTY

**UNDER SEAL**

This ex parte application is made pursuant to Federal Rule of Criminal Procedure 6(e)(4) and is based on the attached declaration of Jena A. MacCabe.

Dated: June 10, 2025                    Respectfully submitted,

                                        BILAL A. ESSAYLI
                                        United States Attorney

                                        CHRISTINA T. SHAY
                                        Assistant United States Attorney
                                        Chief, Criminal Division

                                        _____
                                        KEVIN J. BUTLER
                                        JENA A. MACCABE
                                        Assistant United States Attorneys

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA

1          **DECLARATION OF JENA A. MACCABE**

2      I, Jena A. MacCabe, declare as follows:

3      1.   I am an Assistant United States Attorney in the United

4  States Attorney's Office for the Central District of California.  I

5  represent the government in the prosecution of United States v.

6  CARLOS VICTOR MESTANZA CERCADO, et al., the indictment in which is

7  being presented to a federal grand jury in the Central District of

8  California on June 11, 2025.

9      2.   The defendants charged in the above-captioned indictment

10 have not been taken into custody on the charges contained in the

11 indictment and have not been informed that they are being named as

12 defendants in the indictment to be presented to the grand jury on

13 June 11, 2025.  The likelihood of apprehending one or more of the

14 charged defendants might jeopardized if the indictment in this case

15 were made publicly available before the defendants are taken into

16 custody on the indictment.

17     3.   Accordingly, the government requests that the indictment

18 and sealed documents in this case (except the arrest warrants) be

19 sealed and remain so until one of the defendants is taken into

20 custody on the charges contained in the indictment and the government

21 files a "Report Commencing Criminal Action" in this matter.

22     4.   I declare under penalty of perjury under the laws of the

23 United States of America that the foregoing is true and correct and

24 that this declaration is executed at Los Angeles, California, on June

25 9, 2025.

26

27                    _____
                      JENA A. MACCABE

28

                              1