Name & Address:
John D. Robertson (SBN 72400)
Law Offices of John D. Robertson, APC
1021 S. Union Ave.
Los Angeles, CA 90015
jdrlaw@hotmail.com
Phone: (213) 482-8893
Fax: (213) 482-5002

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br>v.<br>Carlos Victor Mestanza Cercado, et al<br>Jeson Nelon Presilla Flores (Defendant No. 6)<br><br>DEFENDANT. | CASE NUMBER<br><br>5:25-CR-00198-KK-6<br><br>NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION,<br>(18 U.S.C. §3142) |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☐ is approved. The matter is set on calendar for hearing before:

☐ District Judge _____

☑ Magistrate Judge  Jean P. Rosenbluth

on _____ at _____ ☐ a.m. ☐ p.m.

in courtroom _____.

☐ is not approved.

☐ Other: _____

An interpreter is ☑ required  ☐ is not required.  Language  Spanish
Defendant is ☑ in custody  ☐ not in custody.

Clerk, U. S. District Court

| | | |
|---|---|---|
| _____ | _____ | _____ |
| Date | Deputy Clerk | Contact Phone Number |

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc: ☐ Probation  ☐ Interpreter's Office  ☐ PSA.