**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | ED25CR-0198-KK-6 |
| v. | |
| Jeson Nelon Presilla Flores, | **NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142)** |
| DEFENDANT. | |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☑ is approved. The matter is set on calendar for hearing before:

☐ District Judge _____

☑ Magistrate Judge Jean P. Rosenbluth

on August 21, 2025 at 3:00  ☐ a.m. ☑ p.m.

in courtroom 880, 8th Floor.

☐ is not approved.

☐ Other: _____

An interpreter is ☑ required  ☐ is not required.  Language Spanish
Defendant is ☑ in custody  ☐ not in custody.

Clerk, U. S. District Court

| August 15, 2025 | Bea Martinez | 213-894-5369 |
|---|---|---|
| Date | Deputy Clerk | Contact Phone Number |

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc: ☐ Probation  ☑ Interpreter's Office  ☑ PSA.

---

**NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142)**

CR-88A (10/09)