Recommend: ☑ Approval    ☐ Disapproval
*(if disapproval is checked, please complete the bottom of page 2)*

☑ Sufficient amount of equity
☑ Lot Book Report confirming title *(dated on or after date on which surety recorded Deed of Trust)*
☑ Property Appraisal *(assessed value or signed written appraisal of current market value)*
☑ Recorded Deed of Trust naming the Clerk of the U.S. District Court, herein called BENEFICIARY

On 8/27/25                          5046
   *Date*                        *Extension*

By: Jena A. MacCabe
          *Assistant U.S. Attorney*

Signature: _____

LODGED

2025 AUG 28  PM 12: 51

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: _____

FILED
CLERK, U.S. DISTRICT COURT

AUG 28 2025

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF,<br>v.<br>Jeson Nelon Presilla Flores<br><br>DEFENDANT(S). | **CASE NUMBER**<br><br>ED CR 25-198-KK-6<br><br>**AFFIDAVIT OF SURETY(IES) (PROPERTY)** |

I (We), the undersigned surety(ies), state on oath:

That I (we) permanently reside within the jurisdiction of the United States District Court for the Central District of California, or in _____ (City, State), at the address(es) indicated; that I (we) am (are) the legal owner(s) of the property described below and the representations as to my (our) ownership and equity in said property are true and correct;

That I (we) am (are) worth the amount specified in the bond, to wit: $ 75,000.00 ,over and above my (our) just debts and liabilities and exclusive of property exempt from execution.

I (We) further state that I (we) understand the provisions of the bond of the defendant named above for which this affidavit supports and I (we) acknowledge and agree that I (we) and my (our) personal representatives are bound, jointly and severally with the defendant and any other sureties, to pay to the United States of America the bond amount specified in the event the bond is forfeited.

I (We) further promise not to transfer or encumber said property until final disposition of this case and exoneration of the subject bond by Order of the Court.

I (We) hereby subject said funds, and agree to be bound as a condition of this bond, by the provisions of Local Criminal Rule 46-6, as set forth below in this document.

I (We) understand that it is my (our) obligation to inform the Court and counsel of any change in residence address or employment of the defendant immediately upon such a fact becoming known to me (us).

I (We) further agree and understand that, unless otherwise ordered by the Court, the bond for which this affidavit is supports is a continuing bond (including any proceeding on appeal or review) which shall continue in full force and effect until such time as the undersigned is (are) duly exonerated by Order of the Court.

*LOCAL CRIMINAL RULE 46-6 - BOND - SUMMARY ADJUDICATION OF OBLIGATION*
*A bond of undertaking presented for filing shall contain consent and agreement of the principal and surety that in case of default or contumacy on the part of the principal or surety, the Court may upon ten (10) days notice proceed and summarily render a judgment in accordance with the obligation undertaken and issue a writ of execution upon such judgment. An indemnitee or party in interest seeking a judgment on a bond or undertaking shall proceed by Motion for Summary Adjudication of Obligation and Execution. Service may be made on corporate surety as provided in 31 U.S.C. §9306.*

Address and description of property:

  1340 W. 8TH ST., UNIT 52,  UPLAND, CA 91786
  "LEGAL DESCRIPTION" ATTACHED HERETO AS EXHIBIT "A" AND MADE A PART HEREOF.

*Each surety must indicate the form in which title to property is held and if there are other title holders, each must sign as surety and furnish pertinent information.*

EMMA M. FLORES
Print Name of Surety

1340 W. 8TH ST., UNIT 52
Address of Surety

X X X - X X- 9  3  2  4
Social Security Number *(Last 4 digits only)*

UPLAND, CA 91786
City, State, Zip Code

☑ Sole Holder or Owner    ☐ Tenancy in Common    ☐ Joint Tenancy    ☐ Other: _____

Percentage of
Interest of Surety % 100

Present Fair Market
Value of Property $ 400,000.00
*(supporting documentation attached)*

Total Amount of
Encumbrances and/or All Liens $ 318,661.78
*(list below separately)*

PHH Mortgage Services
Name of Holder of 1st Encumbrance

P.O. BOX 24738,  WEST PALM BEACH, FL 33416
Address, City, State, Zip Code

_____
Name of Holder of 2nd Encumbrance

_____
Address, City, State, Zip Code

_____
Name of Holder of 3rd Encumbrance

_____
Address, City, State, Zip Code

Total Equity $ 81,338.22
*(after deduction of encumbrance/liens)*

Homesteaders  ☐ Yes  ☑ No
Exemption Filed?

Amount of Exemption $ N/A.

NONE
Number of other bonds or undertakings

N/A.
Amount of other bonds or undertakings

Has the indicated property previously been *USED* as collateral?  ☐ Yes    ☑ No
If yes, list: _____

Was appraisal given by a *LICENSED* appraiser? ☑ Yes    ☐ No.   If not, what was basis of appraisal? _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
Executed this _____ 5 _____ Day of AUGUST _____ 2025 _____.

_____
Signature of Surety

MOTHER
Relationship of Surety

_____
Signature of Surety

_____
Relationship of Surety

Above Surety Approved: _____
United States Magistrate Judge

Dated: _____ AUG 2 8 2025 _____

RECOMMEND DISAPPROVAL OF THIS BOND FOR THE FOLLOWING REASON(S):

☐ Discrepancy in title documentation        ☐ Insufficient documentation to establish value of property
☐ Amount of liens and/or encumbrances reduces value of property to less than required amount
☐ Other (Explain):

Dated: _____

_____
Assistant U.S. Attorney

**AFFIDAVIT OF SURETY(IES) (PROPERTY)**

CR-3 (12/05)

Page 2 of 2

# EXHIBIT "A"

A CONDOMINIUM COMPRISED OF:

PARCEL NO. 1:

THAT PORTION OF LOT 1 OF TRACT NO. 8380, IN THE CITY OF UPLAND, COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA, AS PER PLAT RECORDED IN BOOK 111 PAGE(S) 59 TO 61, INCLUSIVE, RECORDS OF SAID COUNTY, SHOWN AND DEFINED AS UNIT NO. 52, ON THE CONDOMINIUM PLAN, RECORDED ON JANUARY 25, 1972, INSTRUMENT NO. 311, IN BOOK 7843, PAGE 403, OFFICIAL RECORDS.

PARCEL NO. 2:

AN UNDIVIDED .7671% INTEREST IN AND TO THAT PORTION OF SAID TRACT NO. 8380, SHOWN AND DEFINED AS "COMMON AREA" ON SAID CONDOMINIUM PLAN DIVIDED.

PARCEL NO. 3:

A NON-EXCLUSIVE EASEMENT FOR COMMUNITY DRIVEWAY PURPOSES OVER THAT PORTION OF LOT 2, TRACT NO. 8380, SHOWN AND INCLUDED AS "PRIVATE DRIVE B", ON SAID CONDOMINIUM PLAN WHICH EASEMENT IS FOR THE BENEFIT OF AND APPURTENANT TO THE LAND DESCRIBED IN PARCELS 1 AND 2 ABOVE.

**A.P.N: 1008-671-17-0-000**

# ACKNOWLEDGMENT

A notary public or other officer completing this
certificate verifies only the identity of the individual
who signed the document to which this certificate is
attached, and not the truthfulness, accuracy, or
validity of that document.

State of California
County of _____ San Bernardino _____ )

On ___ August 05, 2025 ___ before me, ___ Antonio Guerrero, Notary Public., ___
                                        (insert name and title of the officer)

personally appeared ___ Emma M. Flores. _____ ,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____        (Seal)

ANTONIO GUERRERO
Notary Public - California
Los Angeles County
Commission # 2504488
My Comm. Expires Nov 15, 2028