# EXHIBIT 2

```
PAGE 01   03/04/25  10:23:23 FB15 PRINT REQUESTED BY TERMINAL FB15
TO: FB15  FROM: CLETS             03/04/25  10:21:15
4BSRDFB15E.I*

IAR.VTICE1996
03/04/2025 11:21 11373
03/04/2025 11:21 34413 CAFBILA00
*BSRDFB15E
IAR.CAFBILA00.
     11:21 03/04/2025 34413
     11:21 03/04/2025 11373
     *BSRD3M0P1K.TXT
***   LIMITED OFFICIAL USE / LAW ENFORCEMENT SENSITIVE   ***

            *** This record may contain protected information. Please
             contact your local ICE office before disseminating. ***

IAQ RECEIVED:      2025/03/04 12:20 EST

ORI/  CAFBILA00    ATN/ LISA SHANAHAN                    PHN/ ███████████
BKN/
NAM/  PRESILLAFLORES, JESON N
DOB/     ███ 1982      CUS/ N     OFF/ 0399    PUR/ C    POB/ XX      SEX/ M
FBI/               ARN/              SOC/              SID/
OLN/               MNU/              PAS/
REM/
**** QUERY MESSAGE TEXT ENDS - L.E.S.C. RESPONSE BEGINS   ****
THIS IS NOT A GOVERNMENT DETAINER!  THIS INFORMATION IS FOR
LAW ENFORCEMENT USE AND IS BEING PROVIDED FOR INFORMATIONAL
PURPOSES ONLY. THIS RESPONSE IS NOT SUPPORTED BY FINGERPRINTS.

****  BASED ON THE INFORMATION PROVIDED *****
THE FOLLOWING I.C.E. RECORD APPEARS TO RELATE:

NAM/  PRESILLA FLORES, JESON NELON
DOB/     ███ 1982
ALIAS/ PRESILLA, JESON
COB/   ECUAD
ARN/   A055454671
DOE/   12/09/2001
FBI/       ███ 4AC9
SID/   CA███████████████ ;AZ███████████
SSN/       ███ 3970
FIN/       ███ 6040
FFN/   V███████
MFN/   F███
COL/   2

REM/

I.C.E. RECORDS INDICATE THAT THIS SUBJECT IS LEGALLY RESIDING
IN THE UNITED STATES AS A PERMANENT RESIDENT AND MAY LIVE
AND WORK IN THE UNITED STATES. IF THIS PERSON HAS BEEN CONVICTED
FOR A FELONY OFFENSE, THIS PERSON MAY BE AMENABLE TO REMOVAL
PROCEEDINGS FOR VIOLATIONS OF THE IMMIGRATION AND NATIONALITY ACT.


*****************************************
For further information contact ICE Los Angeles, CA;
```

```
    -    Alien IN CUSTODY - Enforcement and Removal Operations at (213) ████████
    -    Alien NOT IN CUSTODY (Roadside) - Homeland Security Investigations at (213)
████████
    -    Or the Law Enforcement Support Center at (802) ████████
REQUESTING ORI INFORMATION:
AGENCY/  Los Angeles County, Los Angeles, CA
PHONE/

L.E.S.C. QUERY ID:          14687729

               ****** LAST MODIFIED: 2025/03/04 13:21 EST******

           ***  LIMITED OFFICIAL USE / LAW ENFORCEMENT SENSITIVE  ***

            *** This record may contain protected information. Please
             contact your local ICE office before disseminating. ***
END OF RESPONSE . . . .
```